# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SCHOOLCRAFT COMMUNITY
COLLEGE DISTRICT,

      Plaintiff,

                                      Case No. 2:23-v-11719

v.                                        Hon. Brandy R. McMillion

UNITED STATES OF AMERICA,      Magistrate Judge:
                                                   Kimberly G. Altman

      Defendant.
_____/

## INDEX OF EXHIBITS TO
## PLAINTIFF'S SECOND AMENDED COMPLAINT

| Exhibit | Description |
|---|---|
| A | 8-10-22 IRS Account Transcript |
| B | 8-16-21 Letter to IRS from Levy & Associates |
| C | 8-17-21 IRS Archive History Transcript |
| D | 9-13-22 IRS Form 843 |
| E | 1-3-23 IRS letter to Schoolcraft Community College District |
| F | 1-5-23 IRS letter to Schoolcraft Community College District |
| G | 3-15-23 IRS letter to Schoolcraft Community College District |
| H | 1-26-23 IRS letter to Schoolcraft Community College District |
| I | 2-16-23 Request for Penalty Appeal to IRS from Levy & Associates |
| J | 4-27-23 IRS letter to Schoolcraft Community College District |
| K | 8-4-21 letter from Susan Sather to Schoolcraft College |

{01888473.DOCX }

| | |
|---|---|
| L | 1-29-18 email from Ann White to Schoolcraft faculty |
| M | Electronic Wage Reporting Submission Status |
| N | 8-12-21 Affidavit of Henry M. Nirenberg |
| O | 8-10-22 IRS Account Transcript |
| P | National Law Review Article: "IRS Collection: Current Enforcement Updates and Trends" |
| Q | 3-24-21 Notice of Federal Tax Lien |
| R | 7-7-21 IRS Archive History Transcript |
| S | Plaintiff's Checklist |
| T | Excerpts of IRS Covid-19-related documents |
| U | Cited Excerpts of Archive History Transcript |
| V | 668-D Releases of Levy/Releases of Property from Levy relating to Nelnet Business Solutions Inc. |

{01888473.DOCX }