UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCHOOLCRAFT COMMUNITY
COLLEGE DISTRICT,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

Case No. 2:23-cv-11719

District Judge Brandy R. McMillion

Magistrate Judge Kimberly G. Altman

## ORDER GRANTING WITHDRAWAL OF COUNSEL

This matter having come before the Court on David T. Lin's Motion to Withdraw as Counsel for the Plaintiff, Schoolcraft Community College District (ECF No. 51); and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel (ECF No. 51) is **GRANTED**.

**IT IS FURTHER ORDERED** that David T. Lin (P70764) is hereby terminated as counsel for Schoolcraft Community College District in this case.

**IT IS SO ORDERED.**

Dated: April 9, 2025

s/Brandy R. McMillion
Hon. Brandy R. McMillion
United States District Judge